GEORGE J. ATWELL, for Himself and Others Similarly Situated, Respondent, v. EDWARD A. HERRICK and Others, Appellants, Impleaded with Another.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendants, appellants, to answer within ten days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on the Complaint of Police Officer ROSE, Respondent, v. WILLIAM BLOEMAN, Appellant.— Judgment reversed and a new trial ordered, on the ground that the finding of guilt was against the weight of the evidence. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

M. ROTH & Co., INC., Respondent, v. ALEX MERSEL and ADOLPH L. FORTGANG, Copartners, etc., Appellants, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements, with leave to appellants to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

THE FRESNILLO COMPANY, Appellant, v. THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, Respondent.*— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

NEW AMSTERDAM CASUALTY COMPANY, Appellant, v. THE INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

HARRIS STRUCTURAL STEEL Co., INC., Respondent, v. GEORGE DOSE ENGINEERING COMPANY, INC., and Others, Defendants, Impleaded with NEW AMSTERDAM CASUALTY COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

BANKERS LIFE COMPANY, Respondent, v. FEROLD D. LOVEJOY and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.; Martin, J., dissents and votes for reversal and dismissal of the complaint.

261 WEST THIRTY-NINTH STREET CORPORATION, a Domestic Corporation, Respondent, v. SCHUSTER, FINE & MAYLEAS, a Domestic Corporation, Appellant.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

GEORGE LUTZ, Respondent, v. FRANK S. HOUCK, as President, and Others, as Members Constituting the New York State Board of Pharmacy, Appellants.†— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

WILLIAM J. McCORMACK SAND Co., INC., Respondent, v. TUCKER & TURNBULL, INCORPORATED, and CLINTON K. TUCKER, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

* Affd., 264 N. Y. —.         † Revd., 263 N. Y. 116.